10-23-2015

82,778-01

Tarrant County, TX **Trial Court #1152016D**

Writ No. ___?___

From: Desmond Ledet #01651095
Telford Unit
3899 State Hwy.98
New Boston, TX 75570

I have an 11.07 writ of habeas corpus before your court. Please send me a status report on my case(11.07). Is it still pending a decision. Please let me know A/S/A/P. Thankyou. Enclosed is a self addressed stamped envelope for your answer. God Bless.

_Desmond Ledet_

Ex parte

Desmond Ledet

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta. Clerk